In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC. GEORGE E. MULRY, an Attorney.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.

In the Matter of OTTAVIO NATALICCHIO, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant, and SALVATORE LOSI, Intervener, Appellant.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 796.]

FRANK A. MOORE, Respondent, v. AKELEY CAMERA AND INSTRUMENT CORPORATION, Appellant.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 797.]

ISAAC E. MORRIS, Respondent, v. WILLIAM D. CLARK et al., Appellants.— Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL MRZENA, Appellant.— The application is denied by Mr. Justice ADEL. [See *ante,* p. 766.]

KRAUSHAAR & SON, INC., Appellant, v. CITY OF NEW YORK et al., Defendants. EMALIE P. HECKARD et al., Respondents.— No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.